UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LEE MACIAS HUNT, | No. 1:16-cv-00212-DAD-MJS (HC) |
| Petitioner, | |
| v. | ORDER CLOSING CASE |
| JOHN S. SOMERS, et al., | (Doc. No. 9) |
| Respondents. | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 23, 2016, petitioner filed a motion to withdraw, without prejudice, his petition for writ of habeas corpus. (Doc. No. 9.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a petitioner may voluntarily dismiss an action without prejudice. *See* Rule 12, Rules Governing Section 2254 Cases ("The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules."). Respondents have not filed any responsive pleadings in this action. In light of this, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.

/////

/////

1

Accordingly:

1. Petitioner's motion to withdraw his application for relief (Doc. No. 9) is granted;
2. The petition has been dismissed without prejudice; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **May 4, 2016**

　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE